IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES NELSON,

    Plaintiff,

vs.                                    CASE NO. 4:08CV132-WS/AK

FLORIDA DEPT. OF
CORRECTIONS, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Discovery. (Doc. 9). At present Plaintiff has been assessed an initial filing fee (doc. 6) which has not been paid. Until that it is paid, his complaint will not be reviewed or served upon the Defendants and any discovery is premature. Therefore, his motion for discovery (doc. 9) is **DENIED**.

**DONE AND ORDERED** this 30th day of May, 2008.

                                           _s/ A Kornblum_____
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**