**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES NELSON,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 4:08CV132-WS/AK**

**FLORIDA DEPARTMENT
OF CORRECTIONS, et al,**

    **Defendants.**

_____ /

**O R D E R**

Presently before the Court is Plaintiff's Motion to Pay Fee in Stamps. (Doc. 11). The Court cannot accept postage stamps for the initial partial filing fee and if stamps were indeed attached to the motion, the Clerk is hereby directed to return them. The motion (doc. 11) is **DENIED**.

**DONE AND ORDERED** this _19th_ day of June, 2008.

                                                        _s/ A. KORNBLUM_
                                                        **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**