IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES NELSON,

        Plaintiff,

v.                               4:08cv132-WS

HARRY STEIN, et al.,

        Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 16, 2009. See Doc. 22. The magistrate judge recommends that the plaintiff's amended complaint be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 23) to the magistrate judge's report and recommendation.

This court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 22) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's amended complaint (doc. 19), and this action, are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3.  The clerk shall enter judgment accordingly and shall note on the docket that his cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this    17th    day of    February   , 2009.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE